1  BRUCE C. YOUNG, ESQ., Bar #5560
   KATHRYN B. BLAKEY, ESQ., Bar #12701
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811

5  Attorneys for Defendant
   NEVADA HEALTH CENTERS, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10

11  GARY AYERS,                        Case No. 2:15-cv-00871-APG-CWH

12           Plaintiff,
                                       **JOINT STIPULATION AND ORDER FOR**
13  vs.                                **TEMPORARY STAY OF PROCEEDINGS**

14  NEVADA HEALTH CENTERS, INC.;       **[FIRST REQUEST]**
    DOES I through V, inclusive; and ROE
15  corporations I through V, inclusive,
                                              **ORDER**
16           Defendant.

17

18          Plaintiff GARY AYERS ("Plaintiff") and Defendant NEVADA HEALTH CENTERS, INC.

19  ("Defendant"), by and through their respective counsel of record, hereby stipulate to and request that

20  the Court grant a temporary stay of all proceedings in this matter for a period of sixty (60) days

21  pending Plaintiff's request and receipt of a right to sue letter in a related charge he has filed before

22  the Equal Employment Opportunity Commission ("EEOC").

23  **I.      Procedural Background**

24          On March 24, 2015, Plaintiff filed the instant matter against Defendant, his former employer,

25  in Nevada State Court alleging violations of the Fair Labor Standards Act (FLSA) and the Nevada

26  Revised Statutes (NRS).  **Complaint [ECF 1-1]**.  Specifically, Plaintiff pled three causes of action:

27  (1) violation of the FLSA wage and overtime provision; (2) violation of the NRS wage and overtime

28  provision; and (3) retaliation under the FLSA.  **Id**.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    On May 8, 2015, Defendant removed this matter to the United States District Court for the

2    District of Nevada.  **Petition for Removal   [ECF 1]**. Thereafter, Defendant filed a Motion to

3    Dismiss asserting that there is no private right of action as to Plaintiff's second cause of action under

4    the Nevada Revised Statutes.  **Motion to Dismiss [ECF 11]**.  Plaintiff's response is currently due

5    May 28, 2015.  **Id**.

6    On May 18, 2015, the parties held their mandatory Rule 26(f) conference.  During that

7    conference Plaintiff's counsel notified Defendant's counsel that Plaintiff had filed a separate charge

8    against Defendant with the Equal Employment Opportunity Commission (EEOC) alleging

9    discrimination and retaliation in violation of Title VII.  **See Plaintiff's EEOC Charge filed May 18,**

10   **2015, attached hereto as Exhibit 1**.  The parties agreed that because Plaintiff's EEOC charge and

11   the instant matter pertain to Plaintiff's termination of employment, the two matters are sufficiently

12   related.  *See* **Fed.R.Civ.P. 42(a)** (If actions before the court involve a common question of law or

13   fact the court may consolidate the actions).  Therefore, in an effort to allow the allegations to

14   proceed as one matter, Plaintiff's counsel has requested a right to sue from the EEOC via fax.

15   **Declaration of Christian Gabroy, attached hereto as Exhibit 2**.

16   Upon receipt of the right to sue, Plaintiff will then move to amend the Complaint to assert

17   such Title VII/retaliation claims. **Id**. Defendant has agreed to not oppose such motion and will

18   stipulate to the filing of the Amended Complaint. The parties further agree that once the Amended

19   Complaint is filed , a standard 180-day discovery period will be appropriate.

20   Moreover, both parties would be better equipped to discuss settlement and other cost-

21   efficient resolutions to this dispute.

22   **II.    Request for Stay**

23   As discussed above, Plaintiff filed a charge of discrimination with the EEOC on May 18,

24   2015.  **Plaintiff's EEOC Charge, attached hereto as Exhibit 1**.  That charge, like the instant

25   matter, pertains to the termination of Plaintiff's employment. **Id**.  Accordingly, it has a common

26   question of fact with the instant matter and consolidation is appropriate. *See* Fed.R.Civ.P. 42(a).

27   However, because Plaintiff only filed his charge on May 18, 2015, he has not obtained a right to sue

28   letter.  **Gabroy Decl. (Ex. 2)**.  Nonetheless, in an effort to facilitate the proposed Amended

LITTLER MENDELSON, P.C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1   Complaint, Plaintiff's counsel has sought an expedited right to sue letter for the EEOC charge.

2   **Gabroy Decl. (Ex. 2)**.   Plaintiff's counsel will notify Defendant's counsel and the Court

3   immediately upon receipt of that letter and will then move to Amend the Complaint, which

4   Defendant will not oppose. **Gabroy Decl. (Ex. 2)**. Additionally, Plaintiff's counsel believes he will

5   be able to obtain the right to sue letter within 30 days of filing this stipulation. **Gabroy Decl. (Ex.**

6   **2)**. Once Plaintiff obtains his right to sue letter, he will seek to amend the Complaint to assert the

7   claims contained in the s EEOC charge. **Gabroy Decl. (Ex. 2)**.

8          In light of the time it will take to obtain a right to sue letter, the parties request a temporary

9   stay in this matter. The parties believe the stay will avoid unnecessarily incurring the significant

10   costs and fees associated with pursuing two related matters separately in this Court, including but not

11   limited to, costs and fees associated with completion of discovery, completion of a significant

12   number of depositions, and expert discovery, prior to Plaintiff pleading all of his alleged claims.  As

13   a result, the requested stay will further the interests of Federal Rule of Civil Procedure 1 that the

14   rules be administered to promote the inexpensive determination of every action.  The parties request:

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.

1       • The Court enter a temporary stay in this matter through July 21, 2015, or until

2          Plaintiff's Amended Complaint is filed, whichever is earlier.

3       • The Court oOrder that the parties submit a proposed discovery plan and scheduling

4          order within one week of the Court lifting the stay.

5  Dated: May 27, 2015

6

7  **IT IS SO STIPULATED.**

8  Respectfully submitted,            Respectfully submitted,

9

10 /s/ Christian Gabroy, Esq.         /s/ Kathryn B. Blakey, Esq.
     CHRISTIAN GABROY, ESQ.       BRUCE C. YOUNG, ESQ.

11 IVY HENSEL, ESQ.           KATHRYN B. BLAKEY, ESQ.
     GABROY LAW OFFICES         LITTLER MENDELSON, P.C.

12

13 Attorneys for Plaintiff          Attorneys for Defendant
     GARY AYERS              NEVADA HEALTH CENTERS, INC.

14

15                             <u>ORDER</u>

16       **IT IS SO ORDERED.**

17       Dated:  June 2, 2015.

18

19                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

4.

# EXHIBIT 1

# EXHIBIT 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 487-2015-00707 |

Nevada Equal Rights Commission and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Gary L. Ayers | (702) 575-7626 | 07-08-1979 |
| Street Address | City, State and ZIP Code | |
| 10409 Chandra Ave., Las Vegas, NV 89129 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NEVADA HEALTH CENTERS | 500 or More | (702) 307-5414 |
| Street Address | City, State and ZIP Code | |
| 1799 Mt. Mariah Dr.,  Las Vegas, NV 89105 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
02-18-2015

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about June 1, 2010, I was hired by the Respondent as a Truck Driver. My last job title was Truck Driver.

On or about October 28, 2014, I was racially harassed by Manager, Colleen Petrosky. For example, but not limited to, Ms. Petrosky making a racially offensive comment and giving my work days to another white coworker. I informed Respondent of the hostile work environment; however, no action was taken to investigate or to promptly correct.  On or about February 18, 2015, I was discharged.

I believe I was discriminated against because of my race, African American, and in retaliation for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

May 18, 2015                *Gary Ayers*

Date          Charging Party Signature

RECEIVED
MAY 18 2015

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

LAS VEGAS LOCAL OFFICE

# EXHIBIT 2

# EXHIBIT 2

GABROY LAW OFFICES
Christian Gabroy (#8805)
Ivy Hensel (#13502)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
CHRISTIAN@GABROY.COM

*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gary Ayers, an individual, | Case No.: 2:15-CV-00871 APG-CWH |
| Plaintiff, | |
| vs. | **DECLARATION IN SUPPORT OF STAY** |
| Nevada Health Centers, Inc.; DOES I through X; and ROE Corporations XI through XX, inclusive, | |
| Defendants. | |

Christian Gabroy, Esq, in support of such Joint Stipulation and Order for Temporary Stay of Proceeding states as follows per 28 U.S.C. §1746

1. As counsel for Plaintiff, Plaintiff has requested such right to sue from the EEOC on May 26, 2015 and again on May 27, 2015. Plaintiff's counsel's office has informed him that they faxed the request on May 26, 2015 and on May 27, 2015.

2. Plaintiff's counsel has also telephoned the EEOC and requested the right to sue.

3. Plaintiff's counsel believes that such right to sue will be sent to Plaintiff's counsel within 30 days.

Page 1 of 2

4.   Immediately upon such receipt of the right to sue, Plaintiff will move to amend the Complaint to assert such Title VII/retaliation claims. Defendant has represented that they will not oppose such Amendment and will stipulate to the filing of the Amended Complaint.

5.   The purpose of the stay is not for delay but is for the expediency of the claims asserted, for utilizing and saving judicial resources and the parties' resources.

Dated this _27th__ day of May 2015.

Respectfully submitted,

GABROY LAW OFFICES

By       __/s/_____
CHRISTIAN GABROY, ESQ.
IVY HENSEL, ESQ.
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704