**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

GARY AYERS,

        Plaintiff,

vs.

NEVADA HEALTH CENTERS, INC., *et al.*,

        Defendants.

2:15-cv-00871-APG-CWH

**ORDER**

Due to a scheduling conflict, the Early Neutral Evaluation scheduled for November 13, 2015 is VACATED and rescheduled to November 12, 2015 at 10:00 a.m.

On July 27, 2015, Defendant for Nevada Health Centers, Inc. filed its Motion for Telephonic Appearance of Insurance Representative at the Early Neutral Evaluation Conference (#21).

Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." No opposition has been filed and the time to file an opposition has passed. Here, it would seem that Plaintiff has consented to the granting of the motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for November 13, 2015 is VACATED and rescheduled to 10:00 a.m., November 12, 2015. The confidential settlement statement is due by 4:00 p.m., November 5, 2015. All else as stated on the Order scheduling the ENE remains the same. (#18).

IT IS FURTHER ORDERED that the Motion for Telephonic Appearance of Insurance Representative at the Early Neutral Evaluation Conference (#21) is GRANTED. Anne Skidmore, Senior

1  Claims Officer for Chubb & Son insurance, may appear telephonically at the ENE on November 12, 2015.

2  Ms. Skidmore must be available for the duration of the ENE.

3  DATED this 18th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE